

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-438-1M(2)

UNITED STATES OF AMERICA       )
                               )
vs.                            )       **I N D I C T M E N T**
                               )
RANDALL WOMBLE SMITH           )
                               )

The Grand Jury charges that:

## COUNTS ONE THROUGH TEN

Beginning at a time unknown and ending on or about December 7, 2019, in the Eastern District of North Carolina, RANDALL WOMBLE SMITH, the defendant herein, did knowingly receive the following visual depictions, that is, digital and computer images in files that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer:

| Count | Date | File Name |
|---|---|---|
| Count 1 | 06/23/2005 | BabyJ-Lol.avi |
| Count 2 | 03/01/2013 | Vicky Pigtails.mpg |
| Count 3 | 07/15/2013 | (pthc) girl sucks for cum - vintage.avi |
| Count 4 | 06/15/2014 | JPEG Image (142548).jpg |
| Count 5 | 11/24/2015 | 94.jpg |
| Count 6 | 02/03/2016 | Elise 7yo sauna_suck.vk.mp4 |
| Count 7 | 05/09/2017 | Quick Keys (38).mp4 |
| Count 8 | 03/11/2018 | Pink dog collar.mp4 |
| Count 9 | 12/28/2018 | 154544654550.png |
| Count 10 | 02/09/2019 | MVI_4511.AVI |

The productions of the foregoing visual depictions involved the use of a minor engaging in sexually explicit conduct and were depictions of such conduct. Each entry in the above table constituting a separate violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## COUNT ELEVEN

On or about December 18, 2019, in the Eastern District of North Carolina, RANDALL WOMBLE SMITH, the defendant herein, did knowingly possess one or more matters, that is, computer hard drives and digital media containing digital images and videos, which contained any visual depiction that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and the production of such visual depiction involved the use of a minor, including prepubescent minors or minors who had not attained 12 years of age, engaging in sexually explicit conduct, and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

(Remainder of page intentionally left blank)

## FORFEITURE NOTICE

The named defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of one or more of the offenses set forth in Counts One through Eleven, RANDALL WOMBLE SMITH, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

The forfeitable property includes, but is not limited to:

      a. Samsung 2.5 inch 500 GigaByte Solid State Drive, serial number S21HNXBG415343F

      b. Dell Studio Hybrid, 140G Desktop Computer, seized from the defendant on December 18, 2019

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), through Title 18, United States Code, Sections 2253 or 1467, whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

<span style="color:red">REDACTED VERSION</span>
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 9-23-20

ROBERT J. HIGDON, JR.
United States Attorney

BY: CHARITY L. WILSON
Assistant United States Attorney