Your Honor,

My brother, Randall Womble Smith, is so much more than the charges that he has been arrested for. He was a good student and put a lot of effort into his schoolwork. He was very well liked in school. He was a kind of quiet kid and probably not the most popular but he always had a few select friends that he was very loyal to and very close to. He was cute and the girls all loved him but he did not date a lot. He was more interested in reading than having lots of surface value friends.

He has always been a very responsible hard worker. He is also very family oriented. When he started his own business, Plastic Tooling, he put his all into the business so he could provide for his family. When he had his second daughter, we joked that he was going to have to buy a lot of formal dresses and hair dryers. He never said no to their necessities and wishes. He would just work more and work harder to provide for them. He provided them with a very nice house in a nice neighborhood. He was able to send his daughters to the best schools and colleges even if they wanted to go out-of-state. He would call me just to check in on me and say Hi. When I was having some financial problems he offered me some part time work to help me pay off some bills. He has always been there for me when I needed him.

I mentioned that he like to read but he did not read fiction novels. He has always been more interested in learning more about Space Exploration and Astronomy, Car repair, Healthy Natural eating, all things about nature. He was mostly self-taught because he read extensively about anything he was interested in and then he would become an expert at it. If you asked him a question about something he would research it extensively and then would be able to talk about it for hours.

In the past few years he would visit me and my sister, Robyn, in Hendersonville and spend several days with us. He loved visiting us in the mountains where he could be in peaceful nature. He loved to be near water and the rivers. One of his last visits with us was so he could jump into the cold mountain river. He said it made him feel completely alive. We begged him to come live near us so we could be together more.

I love my brother so very much. He is everything I could want in a brother and a friend. I feel like his problems that he has been charged with is a sickness, just as alcoholism is. It is a disease that he hasn't gotten help with from professionals. It has been swept under the rug out of shame and has never been addressed until he was arrested. We, his family, were completely shocked by the charges and had no idea he was dealing with his problems all by himself. Locking him up in a prison cell is not going to help him. He does not need to die in prison. He needs psychological help. He is not a danger to anyone but he does need help.

I hope and pray the courts will have mercy on him.

*Lori Smith*

Lori Smith

4/25/21